UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:17-CV-381-BO

TANYA PENDERGRASS-WALKER, et al., )
)
                Plaintiffs, )
)
v. ) **ORDER**
)
GUY M. TURNER, )
INCORPORATED, et al., )
)
                Defendants. )

This cause comes before the Court on plaintiffs' motion for leave to manually file a discontinuance. This case was transferred to this court from the United States District Court for the Eastern District of Pennsylvania. Plaintiffs' counsel informs the Court that he is not barred to practice before this Court and requests leave to file manually pursuant to Rule 5.1 (a)(1) of the Local Civil Rules and Section V(A) of the CM/ECF Policy and Procedure Manual.

For good cause shown, the plaintiffs' motion for leave to file manually is GRANTED. The clerk is DIRECTED to file Exhibit B attached to the motion. In that document, plaintiffs request that the court "mark the... case settled, discontinued and ended, with prejudice to all parties." The Court construes plaintiffs' filing as a request to dismiss the case under Federal Rule of Civil Procedure 41(a)(2). The request is GRANTED and this case is hereby DISMISSED. The clerk is DIRECTED to close this case.

SO ORDERED, this ___ day of February, 2018.

                                        TERRENCE W. BOYLE
                                        UNITED STATES DISTRICT JUDGE